# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JOSEPH JOHNSON                                                                        PLAINTIFF
ADC #106412

V.                                    No. 4:18CV00261-SWW

DOC HOLLIDAY, Sheriff,
Pulaski County, *et al.*                                                              DEFENDANTS

## **ORDER**

On June 5, 2019, the Court ordered plaintiff Joseph Johnson to file, in light of his apparent release from incarceration, a notice of his current mailing address and a free-world application to proceed *in forma pauperis*. The Court warned Johnson that his case would be dismissed without prejudice if he failed to comply with the Court's Order by July 5, 2019. *Doc. 12.* Johnson has not complied with that Order, and the time for doing so has expired. He has not communicated with the Court since July 16, 2018, and his mail is being returned undelivered. *See Docs. 9, 11 & 13.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 19th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE