UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH JOHNSON						PLAINTIFF
ADC #106412

V.			No. 4:18CV00261-SWW

DOC HOLLIDAY, Sheriff,
Pulaski County, *et al.*					DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered separately today, this case is dismissed without prejudice.

Dated this 19th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE